UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASMINE BECKER, a/k/a Simin Nourian, a/k/a Simin Faraji, a/k/a Yasemin Forouji,<br><br>　　　　Defendant. | Case No. CV 18-2049-GW-AGRx<br><br>**ORDER RESCHEDULING HEARING** |

　　The Court, having considered the Parties' Stipulation to Reschedule Hearing, Dkt. 103, and good cause appearing, rules as follows:

　　The hearing on the tentative ruling on Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment set for April 15, 2021, Dkt. 102, is vacated and rescheduled for June 9, 2021, at 8:30 a.m.

　　**IT IS FURTHER ORDERED** that the Parties shall promptly notify the Court if they reach a settlement of this action.

　　**IT IS SO ORDERED.**

Dated: April 15, 2021

　　　　　　　　　　　　　　　　　　*George H. Wu*
　　　　　　　　　　　　　　　　　　**GEORGE H. WU**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**