UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JASMINE BECKER, a/k/a Simin<br>Nourian, a/k/a Simin Faraji, a/k/a<br>　Yasemin Forouji,<br>　　　　　Defendant. | Case No. CV 18-2049-GW-AGRx<br><br>**ORDER DISMISSING CASE**<br>**WITHOUT PREJUDICE,**<br>**VACATING HEARING, AND**<br>**DISMISSING MOTIONS FOR**<br>**SUMMARY JUDGMENT AS**<br>**MOOT** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), Dkt. 105, **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE** as to all causes of action and parties, with each party bearing that party's own attorneys' fees, costs, and expenses.

The Court vacates the hearing on the tentative ruling on Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment set for June 9, 2021, Dkt. 104, and dismisses both motions as moot.

The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: June 3, 2021

_____
**HON. GEORGE H. WU**
**UNITED STATES DISTRICT JUDGE**